UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X   04 CV 1092 (NG) (CLP)

DOLEEN BURGESS,

                                Plaintiff,

    - against -                                              ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,

                                Defendant.
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      The decision of the Commissioner is affirmed for the reasons set forth on the record on June 22, 2005. The plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's motion for judgment on the pleadings is granted. The Clerk of Court is directed to enter judgment for defendant.

                                                     **SO ORDERED.**

                                                     /S/
                                                   **NINA GERSHON**
                                                   **United States District Judge**

Dated:  Brooklyn, New York
          June 24, 2005